March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DYTRA WALTON, Appellant

NO. 14-12-01124-CV                    V.

KEONA ROBERTSON AND PATRICK ROBERTSON, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 15, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dytra Walton.

We further order this decision certified below for observance.